UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61271-CIV-COHN-WHITE
03-60245-CR-COHN

GREGORY HARDEMON

       Movant,

VS.

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Amended Report and Recommendation [DE 6] submitted by United States Magistrate Judge Patrick A. White on July 8, 2016. The Court has reviewed the Report, the § 2255 motion [DE 1], and is otherwise advised in the premises. The issue presented is whether _Johnson v. United States_, 135 S. Ct. 2551 (2015) applies retroactively to collateral cases challenging sentences enhanced under the residual clause of the Sentencing Guidelines' definition of "crime of violence" in the career offender provision, § 4B1.2(a)(2). Since this issue will be resolved by the United States Supreme Court in _Beckles v. United States_, ___ S. Ct. ___, 2016 WL 1029080 (June 27, 2016), the Court will stay these proceedings pending such resolution. It is thereupon

    ORDERED AND ADJUDGED that:

    1. The Report and Recommendation [DE 8] is **ADOPTED** in its entirety.

    2. This case is hereby **STAYED** pending the Supreme Court's ruling in _Beckles v. United States_.

3. In light of the stay, the Clerk is directed to **CLOSE** this case for administrative purposes, and the parties are advised to file notice with the Court within thirty days of the issuance of the Supreme Court's decision in *Beckles* so that this case can be reopened.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of July 2016.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Patrick A. White
      Jennifer Keene, AUSA
      Gregory Hardemon, Pro Se
      Reg No. 56796-004
      Federal Correctional Institution
      P.O. Box 1000
      Petersburg, VA 23804